**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-23-0000075**
**07-NOV-2023**
**07:46 AM**
**Dkt. 60 OAWST**

NO. CAAP-23-0000075

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

STATE OF HAWAIʻI, Plaintiff-Appellee, v.
TOMASITA BARUT, Defendant-Appellant

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(CASE NO. 2CPC-19-0000429)

ORDER APPROVING STIPULATION TO DISMISS APPEAL
(By:  Leonard, Presiding Judge, Wadsworth and Nakasone, JJ.)

Upon consideration of the Stipulation to Dismiss Appellate Proceedings, filed October 19, 2023, by Defendant-Appellant Tomasita Barut (Barut), the papers in support, and the record, it appears that (1) the appeal has been docketed; (2) the parties stipulate to dismiss the appeal; and (3) attached to the stipulation is Barut's declaration showing she understands the consequences of voluntary dismissal, consistent with Hawaiʻi Rules of Appellate Procedure (HRAP) Rule 42(c).

Therefore, IT IS HEREBY ORDERED that the Stipulation to Dismiss Appellate Proceedings is approved and the appeal is dismissed, under HRAP Rule 42(b)-(c).

DATED:  Honolulu, Hawaiʻi, November 7, 2023.

/s/ Katherine G. Leonard
Presiding Judge

/s/ Clyde J. Wadsworth
Associate Judge

/s/ Karen T. Nakasone
Associate Judge